WAITE ET AL., APPELLANTS, *v.* PROGRESSIVE INSURANCE COMPANY, APPELLEE.

[Cite as *Waite v. Progressive Ins. Co.* (1999), 85 Ohio St.3d 1226.]

(No. 98–1462—Submitted May 4, 1999—Decided June 9, 1999.)

*Murray & Murray Co., L.P.A., Michael T. Murray, Steven C. Bechtel, Dennis E. Murray, Sr.* and *W. Patrick Murray,* for appellants.

*Meyers, Hentemann & Rea Co., L.P.A., Henry A. Hentemann* and *J. Michael Creagan,* for appellee.

*Elk & Elk Co., L.P.A.,* and *Todd O. Rosenberg,* urging that R.C. 3937.18(H) be found unconstitutional, for *amicus curiae,* Ohio Academy of Trial Lawyers.

*Mark W. Ruf* and *Jean M. McQuillan,* urging that R.C. 3937.18 be found unconstitutional, for *amicus curiae,* Cleveland Academy of Trial Lawyers.

*Betty D. Montgomery,* Attorney General, *Judith L. French* and *Kimberly L. Charles,* Assistant Attorneys General, urging that R.C. 3937.18(H) be found constitutional, for *amicus curiae,* Ohio Attorney General.

*Vorys, Sater, Seymour & Pease, L.L.P.,* and *John J. Kulewicz,* urging that R.C. 3937.18(H) be found constitutional, for *amicus curiae,* Ohio Insurance Institute.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

COOK, J., dissents and would affirm the judgment of the court of appeals.